```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 15832
   DIANE REID
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-9406


-------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 04/22/2004 and was confirmed 06/23/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  19.50%.

     The case was paid in full 08/25/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-------------------------------------------------------------------------------
ARCEES FURNITURE           SECURED             250.00        9.03         250.00
ARCEES FURNITURE           UNSECURED       NOT FILED          .00            .00
TRIAD FINANCIAL            SECURED            5550.00      449.40        5550.00
INTERNAL REVENUE SERVICE   PRIORITY           3407.73         .00        3407.73
AAA CHECKMATE              UNSECURED OTH     1074.71          .00         426.48
ALLIED INTERSTATE          NOTICE ONLY    NOT FILED           .00            .00
BROTHER LOAN & FINANCE     UNSECURED OTH     1108.36          .00         439.86
CAPITAL ONE BANK           UNSECURED          770.30          .00         292.46
CAPITAL ONE BANK           FILED LATE         885.15          .00            .00
CREDITORS DISCOUNT AUDIT   NOTICE ONLY    NOT FILED           .00            .00
CERTEGY                    UNSECURED      NOT FILED           .00            .00
CFC FINANCIAL CORPORATIO   UNSECURED           657.81         .00         249.77
CITY FINANCIAL             NOTICE ONLY    NOT FILED           .00            .00
COMCAST                    UNSECURED      NOT FILED           .00            .00
COMMUNITY MENNONITE CENT   UNSECURED      NOT FILED           .00            .00
COLLECTO/CREDIT PAC        NOTICE ONLY    NOT FILED           .00            .00
CREDIT PROTECTION          NOTICE ONLY    NOT FILED           .00            .00
ENCORE RECEIVABLES         NOTICE ONLY    NOT FILED           .00            .00
FIRST CONSUMERS NATIONAL   UNSECURED      NOT FILED           .00            .00
ICE MOUNTAIN               UNSECURED      NOT FILED           .00            .00
INTERNATIONAL CHECK SERV   UNSECURED      NOT FILED           .00            .00
MACNEAL HEALTH NETWORK     UNSECURED      NOT FILED           .00            .00
MACNEAL HEALTH NETWORK     UNSECURED      NOT FILED           .00            .00
MCI                        UNSECURED      NOT FILED           .00            .00
INGALLS MEMORIAL HOSPITA   UNSECURED      NOT FILED           .00            .00
METROPOLITAN ADVANCE RAD   UNSECURED      NOT FILED           .00            .00
NAFS                       NOTICE ONLY    NOT FILED           .00            .00
NATIONWIDE ACCEPTANCE~     UNSECURED      NOT FILED           .00            .00
NATIONWIDE COMMERCIAL LP   NOTICE ONLY    NOT FILED           .00            .00
NICOR GAS                  UNSECURED          672.50          .00         255.34
PEOPLES GAS LIGHT & COKE   UNSECURED OTH        .00           .00            .00
RADIOLOGY IMAGING CONSUL   UNSECURED      NOT FILED           .00            .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 15832 DIANE REID
```

```
RISK MANAGEMENT ALTERNAT NOTICE ONLY    NOT FILED              .00            .00
ROSELAND HOSPITAL CARE C UNSECURED      NOT FILED              .00            .00
AT & T BANKRUPCTY        UNSECURED      NOT FILED              .00            .00
STATE COLLECTION SERVICE NOTICE ONLY    NOT FILED              .00            .00
TRS RECOVERY SERVICES IN UNSECURED      NOT FILED              .00            .00
US CELLULAR              UNSECURED      NOT FILED              .00            .00
ECMC                     UNSECURED OTH  44337.47               .00        8645.81
WELLS FARGO FINANCIAL AC UNSECURED      NOT FILED              .00            .00
HORSESHOE CASINO HAMMOND UNSECURED         632.58              .00         240.22
PEOPLES GAS LIGHT & COKE UNSECURED            .00              .00            .00
INTERNAL REVENUE SERVICE UNSECURED         597.64              .00         226.92
BROTHER LOAN & FINANCE   UNSECURED            .00              .00            .00
TRIAD FINANCIAL          UNSECURED         686.75              .00         216.42
LEGAL HELPERS PC         DEBTOR ATTY    1,500.00                          1,500.00
TOM VAUGHN               TRUSTEE                                          1,340.57
DEBTOR REFUND            REFUND                                             434.99

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE             23,935.00

PRIORITY                                     3,407.73
SECURED                                      5,800.00
   INTEREST                                    458.43
UNSECURED                                   10,993.28
ADMINISTRATIVE                               1,500.00
TRUSTEE COMPENSATION                         1,340.57
DEBTOR REFUND                                  434.99
                    ---------------       ---------------
TOTALS              23,935.00                23,935.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                               /s/ Tom Vaughn
   Dated: 11/20/08             _____
                               TOM VAUGHN
                               CHAPTER 13 TRUSTEE




                       PAGE    2
        CASE NO. 04 B 15832 DIANE REID